## A04A1769. WALLACE et al. v. BOCK et al.
### (627 SE2d 174)

MILLER, Judge.

In *Wallace v. Bock*, 279 Ga. 744 (620 SE2d 820) (2005), the Supreme Court of Georgia disapproved of Division 2 and reversed the judgment of this Court in *Wallace v. Bock*, 271 Ga. App. 833 (611 SE2d 62) (2005). Therefore, we vacate Division 2 of our earlier opinion as well as Division 3 of our earlier opinion, which was based on our holding in Division 2, and we adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Andrews, P. J., and Ellington, J., concur.*

DECIDED FEBRUARY 13, 2006.

*Belli, Weil, Grozbean & Davis, Wayne S. Tartline, Douglas J. Davis*, for appellants.

*Ted Marcus*, for appellees.